RUTH BLUM, Appellant, v. HARRY BLUM et al., Respondents.— Plaintiff brought this action for a judgment declaring her to be the wife of defendant Harry Blum and his subsequent marriage with the other defendant to be null and void and for a separation from him. On the trial the complaint was amended to include a prayer for an absolute divorce. Plaintiff appeals from a judgment dismissing the complaint. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

MARY BRAUT, Appellant, v. ISAAC SILBERMAN, Respondent.— In an action against an attorney for alleged malpractice, plaintiff appeals from an order granting defendant's motion to change the place of trial from Kings County to Sullivan County on the grounds of convenience of material witnesses and to promote the ends of justice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

JOSEPH B. FERGUSON, Respondent, v. LUCILE M. FERGUSON, Appellant.— In an action to compel defendant, plaintiff's wife, to convey her right, title and interest in real property to plaintiff, on the ground that they were obtained by fraud, order denying defendant's motion for summary judgment, under rule 113 of the Rules of Civil Practice, affirmed, without costs. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.